IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNETH BAUGH

    Plaintiff,

vs.                                                                                                    No. CIV 14-86 JB/LAM

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Motion of the Defendant Allstate Property and Casualty Insurance Company, for a Dismissal with Prejudice ,and the Court having considered said Motion, and noting the concurrence of counsel, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Complaint of Kenneth Baugh against Defendant Allstate Property and Casualty Insurance Company, be, and the same is hereby dismissed with prejudice with each party to bear their own costs and attorneys' fees.

                                                                                     _____
                                                                                   UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

/s/ Stephen M. Simone
Stephen M. Simone
On behalf of Allstate in the
extra-contractual claims

/s/ John R. Hakanson
John R. Hakanson
Attorney for Plaintiff

/s/Jesse S. Corona
Jesse S. Corona
Attorney for Plaintiff


/s/Dale R. Rugge
Dale R. Rugge
On behalf of Allstate on the
contractual claims