IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNETH BAUGH,

    Plaintiff,

vs.                                                                                       No. CIV 14-0086 JB/LAM

ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order of Dismissal, filed November 30, 2014 (Doc. 46)("Order"). In the Order, the Court granted Defendant Allstate Property & Casualty Insurance Company's Motion for a Dismissal with Prejudice, filed November 24, 2014 (Doc. 43). See Order at 1. Because the Order disposes of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered, and this action is dismissed with prejudice.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE

*Counsel:*

John R. Hakanson
John R. Hakanson, P.C.
Alamagordo, New Mexico

--and--

Jesse S. Corona
The Voss Law Firm, P.C.
The Woodlands, Texas

 *Attorneys for the Plaintiff*

Stephen Simone
Simone, Roberts & Weiss
Albuquerque, New Mexico

--and--

Dale R. Rugge
Rugge & Associates, P.C.
Albuquerque, New Mexico

 *Attorneys for the Defendant*